UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
Western Division
Docket No. 5:10-MJ-1043-1

| | | |
|---|---|---|
| **United States Of America** | ) | |
| | ) | **JUDGMENT** |
| vs. | ) | |
| | ) | |
| **Jennifer L. Rodriguez** | ) | |

On May 12, 2010, Jennifer L. Rodriguez appeared before the Honorable James E. Gates, U.S. Magistrate Judge in the Eastern District of North Carolina, and pursuant to an earlier plea of guilty to Driving While Impaired (Level 4), in violation of 18 U.S.C.§ 13, assimilating N.C.G.S. 20-138.1, was sentenced to a 12-month term of probation. On April 25, 2011, the court extended the defendant's term of supervision to July 11, 2011, in order to allow additional time to pay her fine and complete treatment.

From evidence presented at the revocation hearing on October 18, 2011, the court finds as a fact that Jennifer L. Rodriguez, who is appearing before the court with counsel, has violated the terms and conditions of the probation judgment as follows:

1. Failure to pay a monetary obligation.
2. Failure to participate in drug/alcohol treatment.
3. Failure to notify the probation officer ten days prior to any change in residence.
4. Failure to submit truthful and complete written reports within the first five days of each month.
5. Failure to notify the officer within seventy-two hours of being arrested or questioned by a law enforcement officer.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the probation sentence heretofore granted be revoked, and the defendant is ordered committed to the custody of the Bureau of Prisons or its authorized representative for imprisonment for a period of 45 days.

**IT IS FURTHER ORDERED** that the balance of the financial imposition originally imposed be due in full immediately.

**IT IS FURTHER ORDERED** that the Clerk provide the U.S. Marshal a copy of this Judgment and same shall serve as the commitment herein.

This the 18th day of October, 2011.

_____
William A. Webb
U.S. Magistrate Judge